STEVEN G. ROSALES
ATTORNEY AT LAW: 222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  steven_rohlfing.office@speakeasy.net

Attorney for Plaintiff RAYMOND MARTINEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARTINEZ, | No.  1:09-CV-00403 SMS |
| Plaintiff, | STIPULATION TO DISMISSAL ; |
| v. | ORDER |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: October 19, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Steven G. Rosales* |
| 3 | | _____ |
| | | STEVEN G. ROSALES |
| 4 | | Attorney for RAYMOND MARTINEZ |
| 7 | DATED: October 19, 2009 | LAWRENCE G. BROWN |
| | | Acting United States Attorney |
| 10 | | _/s/ __*Theophous Reagans* |
| | | Theophous Reagans |
| 11 | | Special Assistant United States Attorney |
| 12 | | Attorney for Defendant |
| | | [*By via e-mail authorization] |

-2-

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE:  October 21, 2009

                                      /s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com